# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                              Plaintiff,

v.                                         Case No.: 1:13–cv–02706
                                                    Honorable Sara L. Ellis

John Doe, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2013:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 12/19/2013. It is hereby ordered that this action is dismissed without prejudice and with leave to reinstate on or before 2/5/2014. If the case is not reinstated on or before 2/5/2014, the dismissal shall be with prejudice. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.